**Rene Dimas SALAZAR, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–73265.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 26, 2012.*

Filed Oct. 29, 2012.

Amy Kratz, Law Office of Amy Kratz, Seattle, WA, for Petitioner.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, OIL, Melissa Katherine Lott, Trial, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

MEMORANDUM **

Rene Dimas Salazar, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his motion to reopen removal proceedings conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Perez v. Mukasey*, 516 F.3d 770, 773 (9th Cir.2008), and we deny the petition for review.

The agency was within its discretion in denying Salazar's motion to reopen on the grounds that he failed to appear at his hearing and did not establish that "exceptional circumstances" had caused his absence. *See* 8 U.S.C. § 1229a(e)(1); *Valencia–Fragoso v. INS*, 321 F.3d 1204, 1205–06 (9th Cir.2003); *cf. Perez*, 516 F.3d at 773–75 (no failure to appear where IJ had not yet left the courtroom after the scheduled hearing).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.